Submitted on March 28, affirmed May 4, petition for review denied
November 3, 2016 (360 Or 568)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RICK CARSON ADAMS,
*Defendant-Appellant.*

Lane County Circuit Court
211402907; A157387

372 P3d 620

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Egan, Judge, and Shorr, Judge.

PER CURIAM

Affirmed. *State v. Dawson*, 277 Or App 187, 369 P3d 1244 (2016).